IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRACY ANDERSON,

    Plaintiff,

v.

WILLIAM POLLARD, CAPT. OLSON,
SGT. DAHLKE, OFFICER LEVEY,
OFFICER ROSENTHAL, and
JAMES MUENCHOW,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-561-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Tracy Anderson leave to proceed and dismissing his claims against Officer Rosenthal and James Muenchow; and

(2) granting summary judgment in favor of Captain Olson, Sgt. Dahlke and Officer Levey and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

1/6/2017

Date